**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 11 2019


MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  17-30017 |
| Plaintiff-Appellee, | D.C. No. 1:16-cr-00295-MC-1 |
| v. | |
| LEON RAMON IRELAND, | ORDER* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Oregon
Michael J. McShane, District Judge, Presiding

Argued and Submitted October 10, 2018
Portland, Oregon

Before:  FISHER, CLIFTON, and CALLAHAN, Circuit Judges.

The Government's Unopposed Motion for Remand (Docket Entry No. 40) is

GRANTED.  This case is remanded to the district court for further proceedings

consistent with this court's ruling in *United States v. Valencia-Mendoza*,

---

        *        This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

No. 17-30158, __ F.3d __, 2019 WL 149827 (9th Cir. Jan. 10, 2019), including vacatur of the current judgment.

Each party shall bear its own costs and expenses on appeal.

This order shall serve as the mandate of this court.